Michael N. Pedicini (michael.pedicini@verizon.net)
Attorney at Law
560 Main Street
Chatham, New Jersey 07928
Telephone: (973)635-2555
Facsimile: (973)635-2566

Edward A. Paltzik (epaltzik@joshpelaw.com)
Joshpe Law Group LLP
79 Madison Avenue, FL 2
New York, NY 10016
Telephone: (646)820-6701
Facsimile: (212)313-9478

*Attorneys for Petitioner Edwin Jacquet*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| EDWIN JACQUET, a federal inmate,     : | |
|       : | Civil Action No. |
|      Petitioner,     : | |
|       : | |
| v.     : | |
|       : | |
| FEDERAL BUREAU OF PRISONS;     : | |
| THOMAS R. KANE, Ph.D., in his official     : | **CERTIFICATE OF SERVICE** |
| capacity as Acting Director of the Federal     : | |
| Bureau of Prisons; DAVID ORTIZ,     : | |
| in his official capacity as Warden of the     : | |
| Federal Correctional Institution, Fort Dix;     : | |
| and JOE NORWOOD a/k/a J.L. NORWOOD,     : | |
| in his official capacity as Regional Director of     : | ***DOCUMENT FILED*** |
| the Federal Bureau of Prisons Northeast     : | ***ELECTRONICALLY*** |
| Region,     : | |
|       : | |
|      Respondents.     : | |
|       : | |

MICHAEL N. PEDICINI hereby certifies as follows:

       I am an attorney at law of the State of New Jersey and the attorney for Petitioner Edwin

Jacquet in the above captioned matter.  I hereby certify that on this 19th day of July, 2016, I caused

copies of Petitioner Edwin Jacquet's Petition for Writ of Habeas Corpus Pursuant to 28 U.S.C.

§2241 to be served on Respondents by certified mail at the addresses below:

Office of the Attorney General
Department of Justice
10th & Pennsylvania Avenue, N.W.
Washington, D.C. 20530

Director of the Federal Bureau of Prisons
320 First St., NW
Washington, D.C. 20534

Civil Process Clerk
United States Attorney's Office
970 Broad Street, 7th Floor
Newark, New Jersey 07102

     I certify that the foregoing statements made by me are true.  I am aware that if any of the

foregoing statements made by me are willfully false, I am subject to punishment.

                                       s/ Michael N. Pedicini
                                       MICHAEL N. PEDICINI

Dated: July 19, 2016